# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00469-CV

### M. D. and T. D., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2022-1912B, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants M.D. and T.D. seek to appeal the trial court's order terminating their parental rights to their children. Appellants have notified this Court in writing that they are dissatisfied with their court-appointed attorney's representation and that they wish to proceed pro se. *See* Tex. Fam. Code § 107.013 (requiring trial court to appoint attorney ad litem to represent parent opposing state-initiated termination proceeding); *see also id.* §§ 107.016(2) (attorney ad litem representation though "exhaustion of appeals"), .0131(a) (powers and duties of attorney ad litem).

On our own motion, we abate this appeal and remand to the trial court for further proceedings. We instruct the trial court to conduct a hearing to determine whether good cause exists to relieve or replace current counsel, and if so, whether new counsel should be appointed

to represent appellants in this appeal. *See id.* § 107.016(2) (attorney ad litem serves until relieved of duty or replaced by another attorney "after a finding of good cause"). Should the trial court determine that new counsel should be appointed, the court is directed to provide counsel's name, address, telephone number, and state bar number to the Clerk of this Court immediately upon appointment. The hearing shall be recorded, and any orders issued by the trial court, including findings of fact and conclusions of law, shall be included in a supplemental record filed with the Clerk of this Court on or before October 13, 2023.

It is so ordered on September 29, 2023.


Before Chief Justice Byrne, Justices Kelly and Theofanis

Abated and Remanded

Filed: September 29, 2023